## Case No. 11,520.

RACE v. NINE THOUSAND SIX HUNDRED AND EIGHTY-ONE DRY OX HIDES.

[The case reported under above title in 7 Am. Law Rev. 576. and in 16 Int. Rev. Rec. 166, is the same as Case. No. 10.273.]